# UNITED STATES DISTRICT COURT
## District of Minnesota

Guadalupe Ornelas Garcia

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00820-KMM-DLM

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Guadalupe O. G.'s Petition for a Writ of Habeas Corpus (Dkt. 1) is GRANTED.
2. The Court DECLARES that Guadalupe O. G. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and ENJOINS Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.
3. Because the Court ordered Guadalupe O. G.'s return to Minnesota on January 29, 2026 (Dkt. 4), the Court assumes that he is currently in the District. The Court ORDERS Respondents to immediately release Guadalupe O. G. in Minnesota, with all of his personal effects seized during his arrest, including but not limited to immigration paperwork, and without conditions.
4. Further, the Court ORDERS Respondents file a notice on ECF by no later than 5:00 PM on Thursday, February 5, 2026, certifying that Guadalupe O. G. has been returned to Minnesota and released. If Guadalupe O. G. has not been returned to Minnesota and released by that time, then Respondents shall advise the Court about the reasons his return and release has not occurred, and the specific steps Respondents are undertaking to ensure his immediate return and release in Minnesota.

Date: 2/4/2026

KATE M. FOGARTY, CLERK